UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: ALL FUNDS ON DEPOSIT IN ACCOUNT NUMBER 000669829075 in THE BANK OF MM ACMC BANQUE DE COMMERCE, INC., AT NATIONSBANK, N.A., CONSISTING OF $18,756,420.97, MORE OR LESS. | ) ) ) ) ) ) ) ) | C.A. NO. 3:98mc96-DCK |
| GEORGE AND DOLORES ROLLAR, Plaintiffs, v. UNITED STATES OF AMERICA, et al., Defendants, RICHARD VASQUEZ, Intervener. | ) ) ) ) ) ) ) ) ) ) ) | C.A. NO. 3:01CV205-DCK (CASES CONSOLIDATED) |

## ORDER ALLOWING RECEIVER TO PURSUE FUNDS

IT IS ORDERED that the Receiver, Michael J. Quilling, is hereby authorized to pursue (i) any and all legal actions and proceedings as is required to accomplish restitution and/or legal claim of any funds frozen by the Norwegian authorities, OKOKRIM, which are traceable to the funds from the account of MM ACMC Banque de Commerce, Inc. which are the subject of these proceedings; (ii) any and all legal claims for restitution and/or compensation from any legal person in connection with these proceedings or deriving therefrom.

SO ORDERED this 16th day of May, 2005.

HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE

**ORDER ALLOWING RECEIVER TO PURSUE FUNDS** -Page Solo
N:\TCD\FILES\MJQ\STERLING 911.03\PLEADINGS\Order Allowing Receiver to Pursue Funds (Norway).wpd