FILED
CHARLOTTE, N.C.
2005 MAY 25 AM 7:38

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ALL FUNDS ON DEPOSIT IN ACCOUNT NUMBER 000669829075 in THE BANK OF MM ACMC BANQUE DE COMMERCE, INC., AT NATIONSBANK, N.A., CONSISTING OF $18,756,420.97, MORE OR LESS. | C.A. NO. 3:98mc96-McK |
| GEORGE AND DOLORES ROLLAR, Plaintiffs, v. UNITED STATES OF AMERICA, et al., Defendants. RICHARD VASQUEZ, Intervener. | C.A. NO. 3:01CV205-McK (CASES CONSOLIDATED) |

## ORDER GRANTING RECEIVER'S UNOPPOSED
## THIRTEENTH INTERIM FEE APPLICATION

On the date set forth below, came on for consideration the Receiver's Unopposed Thirteenth Interim Application to Allow and Pay (1) Receiver's Fees and Expenses and (2) Attorneys' Fees and Expenses. The Court, being familiar with the pleadings and papers on file herein, having considered the contents of the Application and being advised that the Application is unopposed, was of the opinion, and so found, that it should be granted. Accordingly,

**IT IS ORDERED** that the amounts of attorneys' fees, Receiver's fees and expenses set forth in the Application are hereby approved and the Receiver is hereby authorized to pay Quilling,

Selander, Cummiskey & Lownds, P.C. the sum of $25,997.00 in fees and $2,839.18 in expenses for the time period from January 1, 2005 through March 31, 2005.

**SO ORDERED** this 24th day of May, 2005.

_____
HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE