UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ALL FUNDS ON DEPOSIT IN ACCOUNT NUMBER 000669829075 in THE BANK OF MM ACMC BANQUE DE COMMERCE, INC., AT NATIONSBANK, N.A., CONSISTING OF $18,756,420.97, MORE OR LESS. | C.A. NO. 3:98MC96-DCK |
| GEORGE AND DOLORES ROLLAR, Plaintiffs, v. UNITED STATES OF AMERICA, et al., Defendants. | C.A. NO. 3:01CV205-DCK (CASES CONSOLIDATED) |
| RICHARD VASQUEZ, Intervener. | |

## ORDER ALLOWING/DISALLOWING IIG CLAIMS AND AUTHORIZING INTERIM DISTRIBUTION

On this date came on for consideration the Receiver's Motion to Allow/Disallow IIG Claims and Make Interim Distribution ("Motion"). Having carefully considered the Motion and noting the lack of objections filed with the Court during the objection period, the Court finds that the Motion should be granted. Accordingly,

**IT IS ORDERED** that (1) the Motion is granted; (2) the claims which the Receiver recommends be allowed are hereby allowed in the amounts set forth on Exhibit "A"; (3) the claims which the Receiver recommends be disallowed are hereby disallowed; and (4) the Receiver is hereby authorized to issue interim distribution checks in the amounts set forth on Exhibit "A" attached hereto.

**SO ORDERED** this 24th day of May, 2005.

HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE

# Exhibit "A"

| Last Name | First Name | Company | Amount 1 | Amount 2 |
|---|---|---|---:|---:|
| Ackerman | Judy | | $ 26,251.55 | $ 11,232.54 |
| Adams | C.H. | | $ 25,003.43 | $ 10,698.49 |
| Aguinaga | Domingo | | $ 25,000.37 | $ 10,697.18 |
| Armstrong | John | | $ 25,004.29 | $ 10,698.86 |
| Arnold | Bill | Cinecorp Finance Co | $ 10,000.00 | $ 4,278.81 |
| Ashford | Tab Ray | | $ 8,000.32 | $ 3,423.18 |
| Baldis | Gary | | $ 35,001.01 | $ 14,976.27 |
| Barney | Samuel | Barmacs, Ltd. | $ 50,000.00 | $ 21,394.05 |
| Barone | James | | $ 5,000.00 | $ 2,139.40 |
| Barone | Nicholas | | $ 5,000.00 | $ 2,139.40 |
| Bartholomew | Alfred A. & Phyllis L. | | $ 10,000.85 | $ 4,279.17 |
| Bartholomew | Alfred A. & Phyllis L. | | $ 25,000.75 | $ 10,697.35 |
| Bernstein | Ron | | $ 50,001.32 | $ 21,394.61 |
| Bishop | Janet | | $ 10,000.36 | $ 4,278.96 |
| Black | John & Judith | | $ 30,000.57 | $ 12,836.67 |
| Black | John & Judith | | $ 30,000.56 | $ 12,836.67 |
| Blair | William | | $ 32,013.27 | $ 13,697.87 |
| Blair | William | | $ 19,014.16 | $ 8,135.80 |
| Bowman | Christopher | | $ 10,000.69 | $ 4,279.11 |
| Bragano | Nicholas | | $ 15,505.55 | $ 6,634.53 |
| Bragano | Nicholas | | $ 12,505.55 | $ 5,350.89 |
| Brown | George | | $ 100,000.00 | $ 42,788.10 |
| Bruno | Anthony | | $ 100,000.00 | $ 42,788.10 |
| Budzinski | Dieter | Onyx Asset Management, Ltd | $ 35,001.08 | $ 14,976.30 |
| Butler | Richard Frank | Chardonnay Financial Ltd | $ 25,002.10 | $ 10,697.92 |
| Cabot | Diane | | $ 18,750.00 | $ 8,022.77 |
| Carlson | Walter & Arlene | | $ 25,000.00 | $ 10,697.03 |
| Chadderton-Stoyer | Ann | | $ 38,000.22 | $ 16,259.57 |
| Clemmer | Paul | | $ 10,508.00 | $ 4,496.17 |
| Codianna | Mark | | $ 38,009.19 | $ 16,263.41 |
| Codianna | Mark | | $ 82,009.19 | $ 35,090.17 |
| Cranson | Robert W. | | $ 30,050.33 | $ 12,857.97 |
| Crescenzi | Gene C. | | $ 25,000.55 | $ 10,697.26 |
| Damiani | Peter | | $ 19,000.16 | $ 8,129.81 |
| Davis | Ernest L & Connie F | | $ 28,511.21 | $ 12,199.41 |
| Delaney | Ronald G | | $ 18,751.00 | $ 8,023.20 |
| Delaney | Ronald G | | $ 25,000.00 | $ 10,697.03 |
| Delgigante | Yolanda | | $ 10,000.00 | $ 4,278.81 |
| DelGrosso | James J | | $ 5,100.45 | $ 2,182.39 |
| Delima | Judith | | $ 40,104.86 | $ 17,160.11 |
| Ensign | Terryl | | $ 5,002.50 | $ 2,140.47 |
| Farina | Jessie L. | | $ 5,000.00 | $ 2,139.40 |
| Faubel | Anna Marie | | $ 5,000.00 | $ 2,139.40 |
| Ferik | Thomas J. | | $ 25,085.00 | $ 10,733.39 |
| Fernandez | Mertxe Z. | | $ 50,001.58 | $ 21,394.73 |
| Festus | Franita | Metropolitan, Inc | $ 10,500.00 | $ 4,492.75 |
| Fisher | Mervin L. | | $ 25,000.00 | $ 10,697.03 |
| Frenette | Larry | | $ 12,000.00 | $ 5,134.57 |
| Garber | Nathan | | $ 37,510.75 | $ 16,050.14 |
| Garrett | W. Keith | | $ 10,000.71 | $ 4,279.11 |
| Gascoyne | James | | $ 40,025.00 | $ 17,125.94 |
| Gibbs | Elijah | Hearts of Gold Enterprises | $ 10,000.00 | $ 4,278.81 |
| Gilbert | Donnie | | $ 25,000.10 | $ 10,697.07 |
| Gilbert | Richard I. | | $ 40,000.80 | $ 17,115.58 |
| Gitt | MaryAnn | | $ 5,000.12 | $ 2,139.46 |
| Goossen | Theodor P. | Willow Traders, LTD | $ 4,000.21 | $ 1,711.61 |
| Goossen | Waldomar E. | | $ 25,001.83 | $ 10,697.81 |
| Grabbe | Betty L. | | $ 21,011.17 | $ 8,990.28 |
| Gray | Jack | | $ 32,526.00 | $ 13,917.26 |
| Gray | Jack | | $ 13,508.00 | $ 5,779.82 |
| Graybill | Robert | | $ 17,062.51 | $ 7,300.72 |
| Graybill | Robert | | $ 25,382.50 | $ 10,860.69 |
| Graybill | Robert | | $ 962.50 | $ 411.84 |
| Green | Bernell | | $ 35,001.53 | $ 14,976.49 |
| Greenberg | Randy | | $ 30,000.52 | $ 12,836.65 |
| Hagler | Burl E. | | $ 10,000.00 | $ 4,278.81 |
| Hannah | George & Joanne | | $ 25,003.33 | $ 10,698.45 |
| Hannah | Lola & Thomas | Mountain Spirit Venture Group | $ 2,500.43 | $ 1,069.89 |
| Hannah | Lola & Thomas | Mountain Spirit Venture Group | $ 1,000.52 | $ 428.10 |
| Hannah | Lola & Thomas | Mountain Spirit Venture Group | $ 4,000.25 | $ 1,711.63 |

| Last Name | First Name | Entity | Claim Amount | Distribution |
|---|---|---|---|---|
| Herald | Eileen C. | | $ 25,000.56 | $ 10,697.26 |
| Hillhouse | James | | $ 40,000.00 | $ 17,115.24 |
| Hodges, III | Jefferson H. | | $ 18,750.00 | $ 8,022.77 |
| Hodges, III | Jefferson H. | | $ 18,750.00 | $ 8,022.77 |
| Hoffman | Michael & Iris | | $ 10,750.00 | $ 4,599.72 |
| Hollinger | Elmeda and Luke (Deceased) | | $ 25,007.24 | $ 10,700.12 |
| Hunt | James & Jean | | $ 25,001.35 | $ 10,697.60 |
| Idleman | Thomas | | $ 5,000.06 | $ 2,139.43 |
| Infantino | Michael C. | | $ 12,000.00 | $ 5,134.57 |
| Jacob | Rukma | | $ 30,000.45 | $ 12,836.62 |
| Johnson | Raymond C. | | $ 25,001.07 | $ 10,697.48 |
| Kovacs, Jr. | John J. | | $ 100,000.00 | $ 42,788.10 |
| Krogh | Rhawn | | $ 43,075.77 | $ 18,431.30 |
| LaMadeleine | Ronald | | $ 17,002.00 | $ 7,274.83 |
| Lamper | Jacqueline | | $ 25,000.00 | $ 10,697.03 |
| Landro Jr | Thomas J | | $ 25,000.05 | $ 10,697.05 |
| Landro Jr | Thomas J | | $ 30,000.00 | $ 12,836.43 |
| Lang | Kathryn M. | | $ 25,002.62 | $ 10,698.15 |
| Larriviere | Mike | C/o Northwind, Inc. | $ 8,000.82 | $ 3,423.40 |
| Laurino | Joanne | | $ 10,001.01 | $ 4,279.24 |
| Leichter | Gus & Florence | The Wellington Group Ltd | $ 25,000.00 | $ 10,697.03 |
| MacLauchlan, Jr. | George A. | | $ 31,500.00 | $ 13,478.25 |
| MacLauchlan, Jr. | George A. | | $ 25,005.47 | $ 10,699.37 |
| Macosky | Margaret | | $ 50,000.17 | $ 21,394.12 |
| Mahaffie | Maryann | | $ 56,544.00 | $ 24,194.10 |
| Malys | Stephen A. | | $ 34,000.08 | $ 14,547.99 |
| Mammana | Doris | | $ 20,000.00 | $ 8,557.62 |
| Martinelli | Robert & Eleanor | | $ 50,000.00 | $ 21,394.05 |
| Martinelli | Robert & Eleanor | | $ 100,000.00 | $ 42,788.05 |
| Mattera | Peter & Assunta | | $ 20,000.00 | $ 8,557.62 |
| Matthes | Thomas A | Thunderbird Inc | $ 25,000.68 | $ 10,697.32 |
| McConway | Denis D. | Glenville Station | $ 25,002.50 | $ 10,698.09 |
| McGahee | Catherine & Kenneth | C/o Jan Alspaugh | $ 10,000.03 | $ 4,278.82 |
| McMahon | Mary | | $ 10,003.39 | $ 4,280.26 |
| Melnick | June | | $ 24,450.00 | $ 10,461.69 |
| Mirabella | Stephen & Maria | | $ 9,000.12 | $ 3,850.98 |
| Moreland | Dennie | | $ 15,000.25 | $ 6,418.32 |
| Murphy | Gerald | | $ 25,000.36 | $ 10,697.18 |
| Nardini | Joseph | | $ 25,062.00 | $ 10,723.55 |
| Nealon, Jr | Donald | | $ 12,000.52 | $ 5,134.79 |
| Nealon, Jr | Donald | | $ 18,250.48 | $ 7,809.03 |
| Norton | Robert W. | | $ 25,001.38 | $ 10,697.62 |
| Oskwarek | Stanley M. | | $ 25,002.22 | $ 10,697.97 |
| Oyen | Bruce D. | Gateway Resourse Group & Galaxy Marketing Ltd | $ 20,250.88 | $ 8,664.97 |
| Paradise | Nicholas D | Crystal Wells Ltd | $ 15,000.00 | $ 6,418.21 |
| Peachey | Virgil | Skyward Resources | $ 15,000.75 | $ 6,418.54 |
| Peachey | Virgil | Skyward Resources | $ 21,000.92 | $ 8,985.89 |
| Pentecost | Jack C. | | $ 10,001.10 | $ 4,279.28 |
| Perse | Scott | Spice Island Asset Group | $ 5,000.00 | $ 2,139.40 |
| Piccolo | John | | $ 20,000.88 | $ 8,558.00 |
| Poulos | Dorothy | Beaver Meadow Ltd | $ 32,000.19 | $ 13,692.27 |
| Proctor | Kay S. | | $ 10,001.93 | $ 4,279.64 |
| Proctor | Kay S. | | $ 25,003.85 | $ 10,698.67 |
| Proia | William J. | White Sands Ltd | $ 25,000.77 | $ 10,697.35 |
| Pullo | Barak G. | | $ 25,000.49 | $ 10,697.23 |
| Quirk | John M. | | $ 25,000.79 | $ 10,697.36 |
| Rasbach | Robert N. | | $ 22,500.23 | $ 9,627.42 |
| Reiling | Gregg P. | | $ 6,700.01 | $ 2,866.81 |
| Riccoboni | Joel A. | | $ 2,501.01 | $ 1,070.13 |
| Rigano | Charles J. | | $ 10,001.98 | $ 4,279.66 |
| Rigano | John | | $ 5,000.00 | $ 2,139.40 |
| Ritter | Dana L. | | $ 25,001.92 | $ 10,697.85 |
| Schafrath | Lawrence | Siboney Group Ltd / Bavarian Trading Co | $ 30,000.00 | $ 12,836.43 |
| Schneider | Diane | | $ 18,750.03 | $ 8,022.78 |
| Schneider | Ellice | | $ 25,000.09 | $ 10,697.06 |
| Schwamm | Jonathan C. | | $ 10,000.52 | $ 4,279.03 |
| Schwartz | Stephen & Alma | | $ 40,000.44 | $ 17,115.43 |
| Schwartz | Stephen & Alma | | $ 100,001.44 | $ 42,788.72 |
| Scott | Kenneth Wayne | | $ 45,000.00 | $ 19,254.64 |
| Selden, Jr. | Kenneth J. | | $ 11,500.32 | $ 4,920.77 |

| Last Name | First Name | Entity | Claim Amount | Distribution |
|---|---|---|---:|---:|
| Sharp | Theodore L. | | $ 25,051.89 | $ 10,719.23 |
| Sherman | John A. | | $ 10,000.96 | $ 4,279.22 |
| Shuman | David L. & Vickie L. | | $ 18,750.38 | $ 8,022.93 |
| Silk | David | High Seas Investment | $ 8,225.00 | $ 3,519.32 |
| Sloan | Brook | | $ 33,600.00 | $ 14,376.80 |
| Smith | Ric | AMZI Management Team Ltd | $ 5,000.11 | $ 2,139.45 |
| Socci | Lynn | | $ 7,500.25 | $ 3,209.21 |
| Stickles | Jeffrey & Jane | | $ 100,000.00 | $ 42,788.10 |
| Stoffer | Jim | Highcastle Assets Ltd | $ 35,004.36 | $ 14,977.70 |
| Stone | Michael L. | | $ 30,012.77 | $ 12,841.89 |
| Stoyer | Chris E. | | $ 100,000.10 | $ 42,788.14 |
| Sutherland | Paul | Sugartime Inc | $ 25,001.69 | $ 10,697.75 |
| Taccone | Ortenza M. | | $ 12,000.00 | $ 5,134.57 |
| Taylor | David & Linda | | $ 15,000.88 | $ 6,418.59 |
| Taylor | Susanne G. | | $ 40,026.23 | $ 17,126.46 |
| Thomsen | David | | $ 15,000.25 | $ 6,418.32 |
| Tolleson | William M. | | $ 25,001.10 | $ 10,697.50 |
| Tolleson | William M. | | $ 25,000.65 | $ 10,697.30 |
| Tolleson | William M. | | $ 50,001.25 | $ 21,394.58 |
| Tolleson | William M. | | $ 50,002.25 | $ 21,395.01 |
| Tolleson | William M. | | $ 70,001.75 | $ 29,952.42 |
| Torello | James M. & Lori A. | | $ 25,000.22 | $ 10,697.12 |
| Trogus | James E. | | $ 25,117.56 | $ 10,747.33 |
| Twigt | Adrianus | Appleway, Inc | $ 108,001.08 | $ 46,211.61 |
| Vallario | Diana | | $ 20,000.00 | $ 8,557.62 |
| Velardi, Jr. | Frank B. | | $ 18,750.00 | $ 8,022.77 |
| Vessichio | Charlene A. | | $ 25,001.89 | $ 10,697.83 |
| Vigil | Daniel L | Starry Night Inc | $ 25,000.19 | $ 10,697.11 |
| Vines | Rebecca A. | | $ 25,000.15 | $ 10,697.09 |
| Wallace | Debra | | $ 10,000.00 | $ 4,278.81 |
| Yates | Nancy | | $ 25,001.26 | $ 10,697.56 |
| Yish | Gene & Melba | | $ 18,753.12 | $ 8,024.10 |
| Yish | Gene & Melba | | $ 25,031.20 | $ 10,710.37 |
| Yost | John | | $ 159,780.47 | $ 68,367.03 |
| | | 174 claims | $ 4,674,197.00 | $ 2,000,000.00 |

|  |  |
|---:|---:|
| International Investment Group Claim | $ 3,500,000.00 |
| Distribution Amount | $ 2,000,000.00 |
| **Distribution Percent** | **0.427880999999998** |