UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ALL FUNDS ON DEPOSIT IN ) <br> ACCOUNT NUMBER 000669829075 in ) <br> THE BANK OF MM ACMC BANQUE DE ) <br> COMMERCE, INC., AT NATIONSBANK, ) <br> N.A., CONSISTING OF $18,756,420.97, ) <br> MORE OR LESS. ) <br> _____) <br> GEORGE AND DOLORES ROLLAR, ) <br>                                 ) <br>                      Plaintiffs, ) <br> v.                              ) <br>                                 ) <br> UNITED STATES OF AMERICA, et al., ) <br>                                 ) <br>                      Defendants. ) <br>                                 ) <br> RICHARD VASQUEZ, ) <br>                                 ) <br>                      Intervener. ) <br> _____) | C.A. NO. 3:98mc96-McK <br><br><br> C.A. NO. 3:01CV205-McK <br><br> (CASES CONSOLIDATED) |

**ORDER GRANTING RECEIVER'S UNOPPOSED**
**FIFTEENTH INTERIM FEE APPLICATION**

On the date set forth below, came on for consideration the Receiver's Unopposed Fifteenth Interim Application to Allow and Pay (1) Receiver's Fees and Expenses and (2) Attorneys' Fees and Expenses. The Court, being familiar with the pleadings and papers on file herein, having considered the contents of the Application and being advised that the Application is unopposed, was of the opinion, and so found, that it should be granted. Accordingly,

**IT IS ORDERED** that the amounts of attorneys' fees, Receiver's fees and expenses set forth in the Application are hereby approved and the Receiver is hereby authorized to pay Quilling

Selander Cummiskey & Lownds, P.C. the sum of $4,515.00 in fees and $176.33 in expenses for the time period from August 1, 2005 through October 31, 2005.

**Signed: December 28, 2005**

David C. Keesler
United States Magistrate Judge