UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: ALL FUNDS ON DEPOSIT IN ACCOUNT NUMBER 000669829075 in THE BANK OF MM ACMC BANQUE DE COMMERCE, INC., AT NATIONSBANK, N.A., CONSISTING OF $18,756,420.97, MORE OR LESS. | ) ) ) ) ) ) ) ) | C.A. NO. 3:98-MC-96 |
| GEORGE AND DOLORES ROLLAR, Plaintiffs, v. UNITED STATES OF AMERICA, et al., Defendants. RICHARD VASQUEZ, Intervener. | ) ) ) ) ) ) ) ) ) ) ) | C.A. NO. 3:01-CV-205 (CASES CONSOLIDATED) |

**ORDER AUTHORIZING SECOND SUPPLEMENTAL DISTRIBUTION**

On this day the Court considered the Receiver's Unopposed Second Motion to Make Supplemental Distribution. Having carefully considered the Motion and noting that it is unopposed, the Court finds that it should be granted. Accordingly,

IT IS ORDERED that the Motion is granted and the Receiver is authorized to increase the distribution percentage to holders of allowed claims to 74.6% and issue checks accordingly.

Signed: February 2, 2006

_____
David C. Keesler
United States Magistrate Judge

**ORDER AUTHORIZING SECOND SUPPLEMENTAL DISTRIBUTION - Page Solo**
\\ncwd.circ4.dcn\dfs\PDFQUEUE\ChambersNotSigned\DKeesler\DKeesler_cv_3-01cv205_George.Rollar.v.United.States.Proposed.Order.Second.Supplemental.Distribution.wpd