UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ALL FUNDS ON DEPOSIT IN ACCOUNT NUMBER 000669829075 in THE BANK OF MM ACMC BANQUE DE COMMERCE, INC., AT NATIONSBANK, N.A., CONSISTING OF $18,756,420.97, MORE OR LESS. | C.A. NO. 3:98-MC- 96-McK |
| GEORGE AND DOLORES ROLLAR, Plaintiffs, v. UNITED STATES OF AMERICA, et al., Defendants. RICHARD VASQUEZ, Intervener. | C.A. NO. 3:01-CV-205-McK (CASES CONSOLIDATED) |

## ORDER ALLOWING SUPPLEMENTAL DISTRIBUTION

On this date came on for consideration the Receiver's Motion to Allow Supplemental Distribution ("Motion"). Having carefully considered the Motion and noting that the time for a response to the motion has run and that no objections have been filed, the Court finds that the Motion should be granted. Accordingly,

**IT IS ORDERED** that the Motion is granted and the Receiver is hereby authorized to issue supplemental distribution checks in the amounts set forth on Exhibit "A" of the Motion.

Signed: April 17, 2006

David C. Keesler
United States Magistrate Judge