UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ALL FUNDS ON DEPOSIT IN ACCOUNT NUMBER 000669829075 in THE BANK OF MM ACMC BANQUE DE COMMERCE, INC., AT NATIONSBANK, N.A., CONSISTING OF $18,756,420.97, MORE OR LESS. ) ) ) ) ) ) | C.A. NO. 3:98mc96-McK |
| ──────────────────────── ) | |
| GEORGE AND DOLORES ROLLAR, ) ) | |
| Plaintiffs, ) | C.A. NO. 3:01CV205-McK |
| v. ) ) | |
| UNITED STATES OF AMERICA, et al., ) ) | |
| Defendants. ) ) | (CASES CONSOLIDATED) |
| RICHARD VASQUEZ, ) ) | |
| Intervener. ) | |
| ──────────────────────── ) | |

**ORDER GRANTING RECEIVER'S FINAL
APPLICATION FOR COMPENSATION OF FEES AND
REIMBURSEMENT OF EXPENSES FOR ACCOUNTANTS**

On the date set forth below, came on for consideration the Receiver's Final Application for

Compensation of Fees and Reimbursement of Expenses for Accountants. The Court, being familiar

with the pleadings and papers on file herein and having considered the contents of the Application,

was of the opinion, and so found, that it should be granted. Accordingly,

**IT IS ORDERED** that the amounts of accountants fees and expenses set forth in the

Application are hereby approved and the Receiver is hereby authorized to pay Litzler, Segner, Shaw

& McKenney the sum of $31,839.00 in fees and $1,536.09 in expenses for the time period from

January 1, 2003 through October 31, 2006.

**SO ORDERED**.

Signed: November 14, 2006

David C. Keesler
United States Magistrate Judge

**ORDER GRANTING RECEIVER'S FINAL FEE APPLICATION - ACCOUNTANTS - Page 2**

\\ncwd.circ4.dcn\dfs\PDFQUEUE\ChambersNotSigned\DKeesler\DKeesler_cv_3-01cv205_George Rollar v. United States Order Granting Receivers Final Application for Compensation of Fees.wpd