UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: ALL FUNDS ON DEPOSIT IN ACCOUNT NUMBER 000669829075 in THE BANK OF MM ACMC BANQUE DE COMMERCE, INC., AT NATIONSBANK, N.A., CONSISTING OF $18,756,420.97, MORE OR LESS. | ) ) ) ) ) ) ) | C.A. NO. 3:98mc96-McK |
| GEORGE AND DOLORES ROLLAR, | ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | C.A. NO. 3:01CV205-McK |
| UNITED STATES OF AMERICA, et al., | ) ) | |
| Defendants. | ) ) | |
| RICHARD VASQUEZ, | ) ) ) | (CASES CONSOLIDATED) |
| Intervener. | ) ) | |

## ORDER APPROVING FINAL REPORT AND PROPOSED DISTRIBUTION PLAN

**THIS MATTER IS BEFORE THE COURT** for consideration of the Receiver's Final Report and Proposed Distribution Plan in this matter now long pending before the Court. The Court, having carefully reviewed, and being familiar with, all the pleadings and papers on file herein and having carefully considered the Report, is of the opinion, and so finds, that it should be <u>granted</u>. Accordingly,

**IT IS THEREFORE ORDERED** that the Receiver's Final Report and Proposed Distribution Plan is approved in all respects.

**ORDER APPROVING FINAL REPORT AND PROPOSED DISTRIBUTION PLAN- Page 1**

\\ncwd.circ4.dcn\dfs\PDFQueue\ChambersNotSigned\DKeesler\DKeesler_cv_3-01cv205_George Rollar v. United States Order Approving Final Report and Distribution.wpd

**IT IS FURTHER ORDERED** that all Valentine claims and potential claims are disallowed in their entirety based, in part, upon his failure to provide the information required by the Receiver and as ordered in previous Orders of this Court. The Court has reviewed with particular care all pleadings pertaining to the Valentine claims, and based on that review, further finds that Valentine has had more than ample time to provide the information and that his failure to do so should not be a basis for preventing closure of this case and final distributions to holders of allowed claims.

**IT IS FURTHER ORDERED** that the Receiver is authorized to make each of the following distributions to cover the following administrative expenses:

| | |
|---|---|
| $10,000.00 | QSCL anticipated fees to close case. |
| $7,500.00 | Accountants to prepare tax return. |
| $1,920.00 | Storage costs. |
| $3,000.00 | QSCL anticipated fees to close IIG. |

**IT IS FURTHER ORDERED** that the Receiver is authorized to make each of the distributions to holders of allowed claims as set forth on Exhibits "C" and "G" to the Report, including such additional interest as may accrue, and to send each claimant a cover letter in the form attached as Exhibit "D" to the Final Report.

**SO ORDERED.**

Signed: January 31, 2007

David C. Keesler
United States Magistrate Judge

**ORDER APPROVING FINAL REPORT AND PROPOSED DISTRIBUTION PLAN- Page 2**

\\ncwd.circ4.dcn\dfs\PDFQueue\ChambersNotSigned\DKeesler\DKeesler_cv_3-01cv205_George Rollar v. United States Order Approving Final Report and Distribution.wpd