UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:01CV205-DCK

| | |
|---|---|
| IN RE: ALL FUNDS ON DEPOSIT IN )<br>ACCOUNT NUMBER 000669829075 in )<br>THE BANK OF MM ACMC BANQUE DE )<br>COMMERCE, INC., AT NATIONSBANK, )<br>N.A., CONSISTING OF $18,756,420.97, )<br>MORE OR LESS. ) <br>_____) <br>)<br>GEORGE AND DOLORES ROLLAR, )<br>                Plaintiffs, )<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al., )<br>                Defendants, )<br>)<br>RICHARD VASQUEZ, )<br>                Intervener. )<br>_____) | C.A. NO. 3:98mc96-McK<br><br><br><br>**(CASES CONSOLIDATED)** |

## ORDER

**THIS MATTER IS BEFORE THE COURT** on "Receiver's Motion to Close Case" (Document #223), filed September 7, 2007. The court determines that the Receiver's Motion to Close Case should be, and is hereby **granted**. Accordingly,

**IT IS ORDERED** (1) that the Receiver is authorized to abandon and destroy all records relating to the receivership estate at such time as the Receiver, in his discretion, deems proper; (2) the Receiver is discharged from any further service or responsibility to the receivership estate; (3) the bond posted by the Receiver in these proceedings is hereby released; and (4) the receivership estate and these proceedings are hereby **closed**, absent good cause shown.

**SO ORDERED**.

Signed: September 25, 2007

David C. Keesler
United States Magistrate Judge