UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:01CV205

| | |
|---|---|
| GEORGE AND DOLORES ROLLAR, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA; and )<br>LOUIS P. FREEH, CHRIS SWECKER, )<br>JAMES T. WALSH, FBI SPECIAL )<br>AGENTS JOHN DOES, and ROBERT J. )<br>CONRAD, in their official capacities, )<br>)<br>Defendants. ) | **ORDER FOR DISMISSAL**<br>**(BY CONSENT)** |

**THIS MATTER IS BEFORE THE COURT** on the government's motion for dismissal of all remaining claims, which were previously stayed pursuant to a Consent Order filed on October 11, 2001. In that order, it was stipulated by all parties and confirmed by the Court that once all funds had been disbursed pursuant to the work of the receiver, the claims against the government and the individual defendants in their official capacities would be dismissed with prejudice and that each party would bear its own costs, including attorneys fees.

As the record reflects, all funds have now been disbursed and the receiver has filed an unopposed motion to close the case.

**IT IS THEREFORE ORDERED** that the complaint is hereby dismissed as to the United States and the individual defendants in their official capacities, with prejudice. Each party shall bear its own costs, including attorneys fees.

Signed: September 25, 2007

David C. Keesler
United States Magistrate Judge